IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10967
Conference Calendar
_____

REGINALD CHARLES ROBERSON,

Plaintiff-Appellant,

versus

JOHN FRANKLIN, Detention Services Officer;
DALLAS COUNTY; JIM BOULES, Dallas County Sheriff,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-1442-T
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Reginald Charles Roberson appeals the dismissal of his 42 U.S.C. § 1983 civil rights complaint as frivolous. We have reviewed the record and the magistrate judge's findings and find no error in the district court's determination that the complaint is frivolous as it is barred by the applicable Texas two-year statute of limitations. See Roberson v. Franklin, No. 3:95-CV-1442-T (N.D. Tex. Aug. 15, 1995); Gartrell v. Gaylor, 981 F.2d 254, 256 (5th Cir. 1993).

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Because the appeal is frivolous, it is DISMISSED.  5th Cir. Rule 42.2.

Roberson's motion for the appointment of counsel on appeal is DENIED as moot.